dollars costs and disbursements. No opinion. Present—Clarke, P. J., Scott, Smith, Page and Davis, JJ.

GEORGE TERRANOVA and Others, Copartners, etc., Respondents, v. ALBERT A. VOLK CO., INC., Appellant.— Order modified as directed in order, and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CLARA T. GUILD, Respondent, v. ELLIS B. GUILD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOSEPH SHERIDAN, Respondent, v. MARY J. KING and Another, Individually and as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ELEANOR B. FOX, Respondent, v. EQUITABLE TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE ROBERT DOLLAR COMPANY, Respondent, v. CANADIAN CAR AND FOUNDRY COMPANY, LIMITED, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JAMES V. MACKEY, Appellant, v. D. C. SMITH, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

OLIVE O. CREIGHTON, Appellant, v. LOUIS E. WHICHER, Respondent. — Order reversed and order of September 26, 1916, modified as stated in order filed, and as so modified order reinstated. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

OLIVE O. CREIGHTON, Appellant, v. LOUIS E. WHICHER, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ABRAHAM H. ZEEMAN and Another, Respondents, v. WILLIAM A. FOREMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Page, J., dissented.

ABRAHAM STEINBACH and Another, Copartners, etc., Respondents, v. ISRAEL KANOWITZ and Another, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs on *Nicke* v. *Ayer* (141 App. Div. 576). Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

H. & I. FELDMAN CONTRACTING COMPANY, INC., Respondent, v. LOUIS WALLER and Others, Appellants.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SAMUEL G. SIEGEL and Another, Respondents, v. MONTGOMERY WARD & COMPANY, Appellant.— Order affirmed, with ten dollars costs and dis-